**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JUDGE ANDERSEN

CHARLES DAWSON, )
)
        Plaintiff, )
**01C  6309**
        -v- ) NO.
)
) MAGISTRATE JUDGE LEVIN
PROFESSIONAL PROPERTY )
MANAGEMENT, Inc an Illinois corporation, ) Jury Trial Requested
ROBERT MILLER, GERALDINE MILLER )
and all Unknown Owners of )
COUNTRY PLACE APARTMENTS, )
) **DOCKETED**
        Defendants. )
AUG 17 2001

**COMPLAINT FOR TEMPORARY,
PRELIMINARY AND PERMANENT
INJUNCTIVE RELIEF AND ACTUAL AND PUNITIVE DAMAGES**

## I. INTRODUCTION

1. This housing discrimination case is brought on behalf of a physically handicapped prospective tenant against the owners and managers of an eighteen (18) unit apartment complex who refused to rent him an available unit because they said he was "too handicapped". This action is brought pursuant to the Fair Housing Amendments Act, 42 U.S.C. § 3601 *et seq.* and its implementing regulations, 24 CFR Part 100.203 et seq.

Plaintiff is seeking temporary and permanent injunctive relief to enjoin defendants from refusing to rent to him because of his handicap.

## II. JURISDICTION

2. This court has jurisdiction over the subject matter of this case pursuant to 42 U.S.C. §§ 3613, 1331 and 1343. Venue is proper in the Northern District of Illinois, Eastern Division since the plaintiff and the defendants reside therein.

## III. PARTIES

A. Plaintiff

3. Plaintiff Charles Dawson is a 57-year old disabled resident of Ottawa, Illinois, County of LaSalle. Mr. Dawson is a disabled person within the meaning of Section 802(h) of the Fair Housing Act, 42 U.S.C. § 3602(h). Mr. Dawson suffers from an orthopaedic condition known as syringomyelia of the spine. As a result of his condition, Mr. Dawson requires a walker and an electric scooter to ambulate. Mr. Dawson is perfectly capable of living independently with little, if any, need for accommodation.

B. Defendants

4. Defendant Professional Property Management Inc. (PPMI) is an Illinois Corporation with its principle place of business in Rockford, Illinois. Upon information and belief, PPMI manages over 200 multi-unit apartment buildings throughout the country. PPMI is the manager of the 18-unit apartment complex known as COUNTRY PLACE of Ottawa, Illinois, 701 W. McKinley, Ottawa, IL. All of the acts taken by defendants Robert and Geraldine Miller were taken on behalf of PPMI and the Unknown Owners of Country Place.

5. Defendants Robert and Geraldine Miller, reside at and are the on-site property managers of COUNTRY PLACE of Ottawa, Illinois, 701 W. McKinley, Ottawa, IL. The Millers are responsible for taking prospective tenant applications, and screening and selecting tenants for

the complex.

6. Defendants Unknown Owners of Country Place Apartments are the legal owners of 701 W. McKinley, Ottawa, IL. and will be named herein upon identification.

## IV. FACTUAL ALLEGATIONS

7. In or around June of 2001, plaintiff Charles Dawson applied for an available one-bedroom apartment at Country Place Apartments. Mr. Dawson is able to live independently with the help of his own Personal Assistants. He was fully qualified to rent an apartment at Country Place with little, if any, accommodation necessary.

8. Despite his qualifications, defendants have refused and failed to rent an available apartment to him or to negotiate for the rental of an apartment. In addition, defendants have misrepresented the availability of apartments at Country Place to Mr. Dawson.

9. On August 2, 2001, defendant Geraldine Miller told Kim Hally, a representative of the Illinois Valley Center for Independent Living (IVCIL) that Mr. Dawson could not live at Country Place because "he is too handicapped". Ms. Miller told Ms. Hally that the plaintiff should be in a nursing home or a high rise. She said she thought Mr. Miller could be a fire hazard and that she "makes people leave the apartment complex when they get as bad as Chuck". Despite being informed by Ms. Hally that the plaintiff was fully capable of living on his own, Ms. Miller stated that Mr. Dawson couldn't live there.

10. As of Tuesday, August 14, 2001, Country Place was advertising a 1-bedroom apartment in a senior complex for rent. Representatives of HOPE Fair Housing Center were informed on Monday, August 13, 2001 that a one-bedroom unit remains available.

11. Plaintiff is in desperate need of housing since he must shortly leave his current

dwelling.

12. The actions of the defendants herein were wilful, wanton and taken in reckless disregard for the rights of the plaintiff.

## V. DAMAGES

13. As a result of the defendants' action, plaintiff has suffered substantial emotional injury, embarrassment and humiliation. In addition, plaintiff has suffered economic loss as a result of the defendants' refusal to rent him an apartment in their building.

## CLAIM FOR RELIEF - THE FAIR HOUSING AMENDMENTS ACT

14. The actions of defendants in refusing to rent to plaintiff, refusing to negotiate for rental, expressing a preference for non-disabled tenants and misrepresenting the availability of housing to plaintiff, constitute discrimination on the basis of handicap in violation of Section 804 of the Fair Housing Act, 42 U.S.C. §3604.

WHEREFORE, plaintiffs respectfully requests as follows:

a. That, after a jury trial, this Court grant plaintiff temporary, preliminary and permanent injunctive relief enjoining Defendants from continuing to discriminate against Plaintiff and other persons with handicaps in violation of the Act.

b. That this Court grant plaintiff remedial relief to remedy the past effects of defendants' discriminatory practices.

c. That this Court award plaintiff actual damages pursuant to the Fair Housing Act.

d. That this Court award plaintiff punitive damages.

e. That this Court award plaintiff all reasonable attorneys' fees and costs

associated with this action.

Respectfully submitted,

Jeffrey L. Taren

Attorney for Plaintiff
Jeffrey L. Taren
**Kinoy, Taren, & Geraghty, P.C.**
224 South Michigan, Suite 300
Chicago, Illinois 60604
(312) 663-5210

5

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

JUDGE ANDERSEN

CHARLES DAWSON

MAGISTRATE JUDGE LEVIN

**DEFENDANTS**  PROFESSIONAL PROPERTY MANAGEMENT, INC., an Illinois corporation, ROBERT MILLER, GERALDINE MILLER and all Unknown Owners of COUNTRY PLACE APARTMENTS.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  LaSalle
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Winnebago
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jeffrey L. Taren
KINOY, TAREN & GERAGHTY, P.C.
224 South Michigan Ave. STE 300
Chicago, IL  60604     (312) 663-521

ATTORNEYS (IF KNOWN)

DOCKETED
AUG 17 2001

**01C 6309**

## II. BASIS OF JURISDICTION     (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN     (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT     (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☒ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION     (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Fair Housing Amendments Act
42 U.S.C. § 3604 et seq.

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND:  ☒ YES    ☐ NO

**VIII.     This case**     ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number_____, previously dismissed by Judge _____

DATE  8/15/01

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE ANDERSEN

In the Matter of       CHARLES DAWSON

Plaintiff,

-v-

PROFESSIONAL PROPERTY MANAGEMENT, INC.,
an Illinois corporation,
ROBERT MILLER, GERALDINE MILLER and all
Unknown Owners of COUNTRY PLACE APARTMENTS   Defendants

MAGISTRATE JUDGE

Case Number: **01C 63 09**

DOCKETED
AUG 17 2001

FILED-ED
01 AUG 15 PM 2:52
CLERK U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

CHARLES DAWSON

| (A) | | | | | (B) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | | SIGNATURE | | | | | |
| NAME Jeffrey L. Taren | | | | | NAME | | | | | |
| FIRM KINOY, TAREN & GERAGHTY, P.C. | | | | | FIRM | | | | | |
| STREET ADDRESS 224 South Michigan Ave.  Suite 300 | | | | | STREET ADDRESS | | | | | |
| CITY/STATE/ZIP Chicago, IL 60604 | | | | | CITY/STATE/ZIP | | | | | |
| TELEPHONE NUMBER (312) 663-5210 | | FAX NUMBER (312) 663-6663 | | | TELEPHONE NUMBER | | | | FAX NUMBER | |
| E-MAIL ADDRESS ktgp KTGP224@aol.com | | | | | E-MAIL ADDRESS | | | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) #2796821 | | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | | |
| MEMBER OF TRIAL BAR? | | YES ☑ | | NO ☐ | MEMBER OF TRIAL BAR? | | | YES ☐ | | NO ☐ |
| TRIAL ATTORNEY? | | YES ☑ | | NO ☐ | TRIAL ATTORNEY? | | | YES ☐ | | NO ☐ |
| | | | | | DESIGNATED AS LOCAL COUNSEL? | | | YES ☐ | | NO ☐ |

| (C) | | | | | (D) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | | SIGNATURE | | | | | |
| NAME | | | | | NAME | | | | | |
| FIRM | | | | | FIRM | | | | | |
| STREET ADDRESS | | | | | STREET ADDRESS | | | | | |
| CITY/STATE/ZIP | | | | | CITY/STATE/ZIP | | | | | |
| TELEPHONE NUMBER | | FAX NUMBER | | | TELEPHONE NUMBER | | | | FAX NUMBER | |
| E-MAIL ADDRESS | | | | | E-MAIL ADDRESS | | | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | | |
| MEMBER OF TRIAL BAR? | | YES ☐ | | NO ☐ | MEMBER OF TRIAL BAR? | | | YES ☐ | | NO ☐ |
| TRIAL ATTORNEY? | | YES ☐ | | NO ☐ | TRIAL ATTORNEY? | | | YES ☐ | | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | | YES ☐ | | NO ☐ | DESIGNATED AS LOCAL COUNSEL? | | | YES ☐ | | NO ☐ |